1

2                          **UNITED STATES DISTRICT COURT**

3                                **DISTRICT OF NEVADA**

4                                          **\*\*\***

5

6    MARIA ESPINOZA,

7                         Plaintiff,                2:15-cv-01319-GMN-VCF

8    vs.

9    YAMA SUSHI LV., INC.,                          **<u>ORDER</u>**

10                        Defendant.

11        Before the court is *Maria Espinoza v. Yama Sushi LV, Inc.*, case number 2:15-cv-01319-GMN-

12   VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

13        IT IS HEREBY ORDERED that a discovery hearing is scheduled for 1:00 p.m., November 24,

14   2015, in courtroom 3D.  The hearing will be vacated upon the filing of the discovery plan and scheduling

15   order in compliance with Local Rule 26-1.

16        Dated this 2nd day of November, 2015.

17

18                                                  _____

19                                                  CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25